CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2010 SEP 27 PM 3: 00

DEPUTY CLERK _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| ADAM RYAN SHIELDS,<br><br>Petitioner,<br><br>v.<br><br>RICK THALER, Director,<br>Texas Department of Criminal Justice,<br>Correctional Institutions Division,<br><br>Respondent. | § § § § § § § § § § § § 2:07-CV-0118 |

## ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION and DENYING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court an application for a writ of habeas corpus by a person in state custody. On September 7, 2010, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that habeas relief be denied. Respondent filed objections to the Report and Recommendation on September 21, 2010. As of this date, petitioner has not filed objections to the Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case and has considered the objections made by respondent to the Report and Recommendation. The objections filed by respondent are hereby OVERRULED. The Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the petition for a writ of habeas corpus filed by petitioner is DENIED.

IT IS SO ORDERED.

ENTERED this _27th_ day of _September_ 2010.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE